IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECADE, S.A.C., LLC, et al., | ) | Case No. 18-11668 (CSS) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Adv. No. 19-50095 (CSS) |
| AARON GOODWIN, REGINA GOODWIN, and ERIC GOODWIN, | ) ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-170 (MN) |
| | ) | |
| DAVID W. CARICKHOFF, in his capacity as Chapter 7 Trustee for the Estate of Decade S.A.C., LLC and Gotham S& Holding, LLC, | ) ) ) ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

WHEREAS, on February 27, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 5 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 27th day of February 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 5 at 2):

>Appellants' Opening Brief – March 30, 2020
>
>Appellee's Answering Brief – April 27, 2020
>
>Appellants' Reply Brief – May 11, 2020.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court